**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEAN BERTIER,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  18-1938** |
| | : | |
| **ASSESSMENT AND TREATMENT** | : | |
| **ALTERNATIVES, INC.,** *et al.* | : | |

**ORDER**

**AND NOW**, this 15th day of October 2018, it having been reported the above captioned

matter is settled, it is **ORDERED**:

1.    This action is **DISMISSED** under Local Rule of Civil Procedure 41.1(b);[1] and,

2.    The Clerk of Court shall mark this matter **CLOSED.**

_____
**KEARNEY, J.**

_____

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the
record, for cause shown, upon the application of any party served within ninety
(90) days of the entry of such order of dismissal, provided the application of the
ninety-day time limitation is consistent with Federal Rule of Civil Procedure
60(c).